UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JEFFERY S. SPILLERS,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALITY CORRECTIONAL CARE, et al.,<br><br>    Defendants. | CAUSE NO. 3:22-CV-61-RLM-MGG |

## ORDER

Jeffery S. Spillers was a prisoner when he filed this case. When he was released, he was notified that he needed to resolve his filing fee status. He was granted until March 16, 2022, and cautioned that, if he did not respond, this case would be dismissed without further notice for non-payment of the filing fee. ECF 8. That deadline has passed, but Mr. Spillers has not responded. It appears that he has abandoned this lawsuit.

For these reasons, this case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED on March 24, 2022

                                                    s/ Robert L. Miller, Jr.
                                                    JUDGE
                                                    UNITED STATES DISTRICT COURT